## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:07cv29-C-02
## (3:05cv390-02-C)

| | | |
|---|---|---|
| **CHARLES LAMAR BULLARD,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on its own motion.

As directed, the government filed its Answer to the petitioner's allegation that his attorney failed to file an appeal when requested to do so. (Doc. No. 5).  Should the petitioner so choose, he has fifteen days from the filing of this Order in which to respond to the government's Answer.

**THEREFORE, IT IS HEREBY ORDERED** that the petitioner has fifteen (15) days from the filing of this Order in which to respond to the government's Answer.

Signed: August 10, 2007

Robert J. Conrad, Jr.